**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: A.M.        : No. 483 EAL 2014
                                        :
                                        :
PETITION OF: A.M.         : Petition for Allowance of Appeal from the
                                        : Order of the Superior Court

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.